AO 91 (Rev. 08/09)  Criminal Complaint                                              SRK:kao

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 12-0187M |
| | ) | [UNDER SEAL] |
| Oliver W. Herndon | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___see below___ in the county of ___Allegheny and Washington___ in the ___Western___ District of ___Pennsylvania___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) | On or about October 3, 2011, in the Western District of Pennsylvania, the defendant, OLIVER W. HERNDON, a licensed physician, did knowingly, intentionally and unlawfully distribute a quantity of oxycodone and oxymorphone, Schedule II controlled substances, outside the usual course of professional practice and not for a legitimate medical purpose (Count 1) |
| | SEE ATTACHMENT |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Complainant's signature*

THOMAS CIELECY, TFO
*Printed name and title*

Sworn to before me and signed in my presence.

Date: March 9, 2012

*Judge's signature*

City and state: ___Pittsburgh, Pennsylvania___   ROBERT C. MITCHELL, U.S. Magistrate Judge
*Printed name and title*

ATTACHMENT

On or about October 7, 2011, in the Western District of Pennsylvania, the defendant, OLIVER W. HERNDON, a licensed physician, did knowingly, intentionally and unlawfully distribute a quantity of oxycodone and oxymorphone, Schedule II controlled substances, outside the usual course of professional practice and not for a legitimate medical purpose (Count 2)

On or about November 8, 2011, in the Western District of Pennsylvania, the defendant, OLIVER W. HERNDON, a licensed physician, did knowingly, intentionally and unlawfully distribute a quantity of oxycodone and oxymorphone, Schedule II controlled substances, outside the usual course of professional practice and not for a legitimate medical purpose (Count 3)

On or about December 8, 2011, in the Western District of Pennsylvania, the defendant, OLIVER W. HERNDON, a licensed physician, did knowingly, intentionally and unlawfully distribute a quantity of oxycodone and oxymorphone, Schedule II controlled substances, outside the usual course of professional practice and not for a legitimate medical purpose (Count 4)

On or about December 17, 2011, in the Western District of Pennsylvania, the defendant, OLIVER W. HERNDON, a licensed physician, did knowingly, intentionally and unlawfully distribute a quantity of oxycodone, a Schedule II controlled substance, outside the usual course of professional practice and not for a legitimate medical purpose (Count 5)

On or about January 17, 2012, in the Western District of Pennsylvania, the defendant, OLIVER W. HERNDON, a licensed physician, did knowingly, intentionally and unlawfully distribute a quantity of oxycodone and oxymorphone, Schedule II controlled substances, outside the usual course of professional practice and not for a legitimate medical purpose (Count 6)

On or about February 13, 2012, in the Western District of Pennsylvania, the defendant, OLIVER W. HERNDON, a licensed physician, did knowingly, intentionally and unlawfully distribute a quantity of oxycodone and oxymorphone, Schedule II controlled substances, outside the usual course of professional practice and not for a legitimate medical purpose (Count 7)